UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY PURCELL and ANDREA L. PURCELL,
husband and wife, as individuals, in pro per,

                        Plaintiffs,

    -against-                                                    18 **CIVIL** 6045 (CS)

## JUDGMENT

NAVIENT SOLUTIONS, LLC; SALLIE MAE, and
DOES 1-10,
                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2019, SMB's and Navient's motions to dismiss and compel arbitration are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           January 14, 2019

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                   BY:
                                                        **Deputy Clerk**